UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAFAEL A. JONES, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:12CV94  HEA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

Dated this 3rd day of February, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE