UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAFAEL A. JONES, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:12CV94  HEA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's "Request for Review of Judgment" [Doc. #11] is **DENIED.**

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Dated this 5th day of March, 2012.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE